UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL WAYNE HINKSTON,                                    PETITIONER
ADC #113148

V.                          NO. 5:19-CV-00053-SWW-JTR

WENDY KELLEY, Director,
Arkansas Department of Correction                          RESPONDENT

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

Hinkston is hereby cautioned that if he continues to file second and consecutive habeas actions in the Eastern District of Arkansas, without first obtaining permission from the Eighth Circuit Court of Appeals to pursue such litigation challenging his 1998 convictions in Crawford County Circuit Court, he may have restrictions placed on his right to file such future habeas actions in the Eastern District of Arkansas.

IT IS THEREFORE ORDERED THAT Petitioner Michael Wayne Hinkston's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 is DISMISSED, without prejudice.

DATED this 29th day of March, 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE