UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL WAYNE HINKSTON,                                          PETITIONER
ADC #113148

V.                      NO. 5:19-CV-00053-SWW-JTR

WENDY KELLEY, Director,
Arkansas Department of Correction                                  RESPONDENT

## **JUDGMENT**

Pursuant to the Order entered separately today, Michael Wayne Hinkston's Petition for Writ of Habeas Corpus is denied without prejudice.

DATED this 29th day of March, 2019.

                                                                               /s/Susan Webber Wright
                                                                               UNITED STATES DISTRICT JUDGE